Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Second District of Utah

Ogden Division

| | |
|---|---|
| Shyane Harden <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Ogden City Police Department <br> Department Of Children and Family Services <br> Ogden School District <br> Utah State Board Of Education <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case: 1:24-cv-00021 <br> Assigned To : Pead, Dustin B. <br> Assign. Date : 2/2/2024 <br> Description: Harden v. Ogden City Police Department et al <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No <br><br> RECEIVED CLERK <br> FEB 0 2 2024 <br> U.S. DISTRICT COURT |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shyane Harden |
| Address | 240 N. 180 E #28 |
| | Ogden / Ut / 84404 |
| | City / State / Zip Code |
| County | Weber |
| Telephone Number | 385-364-2615 |
| E-Mail Address | lovelydime88@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Ogden City Police Department |
| Job or Title *(if known)* | |
| Address | 2186 Lincoln Ave. |
| | Ogden / Ut / 84401 |
| | City / State / Zip Code |
| County | Weber |
| Telephone Number | 801-629-8098 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Ogden School District |
| Job or Title *(if known)* | |
| Address | 1950 Monroe Blvd |
| | Ogden / Ut / 84401 |
| | City / State / Zip Code |
| County | Weber |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: DCFS Ogden
Job or Title (if known):
Address: 950 25th st. c,
City: Ogden   State: Ut   Zip Code: 84401
County: Weber
Telephone Number: 385-214-7584
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Utah State Board Of Education
Job or Title (if known):
Address: 250 E. 500 S.
City: Salt Lake City   State: Ut   Zip Code: 84111
County:
Telephone Number: 801-538-7500
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Ogden City Police Department violated my 1st admendment under color of law by using the trespass statue to affect prior restraint on my right to free press.
Ogden School District, Utah State Board Of Education violated my 1st admentment under color of law by usint the trespss statue to affect prior restraint on my right to free press. My 14th admendment under the color of law by withdrawling my children without a hearing,
DCFS violated my 14th admendment under the color of law by denying my rights of usage to be seen by nurse.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

James Madison Elemtary School
My place of residence 586 28th st #1 Ogden, Ut

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 20th 2022 around 10am.
11/5/22 10am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I went to James Madison Elemetary School on October 20th for a IEP meeting that was scheduled at 10am. Upon my arrivial I called the 911 emergency number for an officer to be present. Over the past 3 weeks my son was coming home with marks on his lower and upper arm. Once officer Williams arrived I then begin to give him a brief down about possible abuse on my son. Once entering the meeting the special education teacher (Heather West) and I had an exchange of words. I begin to get very upset Officer Williams then asked me to leave. While leaving the meeting room waiting on another staff to bring me my son I asked Officer Williams if I could file a police report he stated no because I threatened him. I then begin to head home. Once I arrived, I then called the non emergency number and ask to speak with an Sergeant. I ask the Sergeant if he could send another officer so I could file the report he stated "NO" because I threatened his officer. I then called DCFS to make an report hoping they would be able to help. She them came to my home took pictures of the marks on my son. My son was not eating and was just sleeping all day which made me very concerned. I then called his doctor to make an appointment for possible abuse. His doctor stated that I take him to DCFS nurse becaue they did not specialize in abuse. Hana then told me the nurse said "NO". I did not speak with the principal at the time because she was on vactaion. Once she had came back she never got in contact with me and just withdrew my children from school without a meeting or hearing. I then went to get incident and police reports to seek an attorney. That's when I seen I was put on NO TRESPASSING and my children were withdrawn from ogden school district. I was then sent a cease and desis through Ogden school district attorney. I then spoke with the schools resource officer who stated that she would have someone call other the staff at James Madison but she never did. I had to enroll my children in k12 homeschool program. I have documentations to help prove my claim also Police Report #22G76402 DCFS case # 2940985.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Case 1:24-cv-00021-DBP   Document 2   Filed 02/02/24   PageID.12   Page 6 of 7

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I am seeking $540,00.00 in damages emotional distress, actual and nominal damages, punitive damages, embarrasament, and impairement of reputation and humiliation. The basis for these claims is the mental anguish and humilation along with the willful and egregious violations of my 1st and 14th amendment rights.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/29/2024

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Shyane Harden

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Page 6 of 7

Address _____

_____
*City*      *State*   *Zip Code*

Telephone Number _____

E-mail Address _____