# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| SHYANE HARDEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OGDEN SCHOOL DISTRICT, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, UTAH STATE BOARD OF EDUCATION, JULIAN NELSON, JAMES MADISON ELEMENTARY SCHOOL and HANA,<br><br>　　　　　　Defendants. | Court No. 1:24-cv-00021-DBP<br><br><br>JUDGMENT IN A CIVIL CASE<br><br><br>Magistrate Judge Dustin B. Pead |

　　　　IT IS ORDERED AND ADJUDGED that pursuant to the authority of 28 U.S.C. § 1915, Plaintiff's action is dismissed.

　　　　DATED: September 12, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DUSTIN B. PEAD
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge